IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

VANTREASE FRAZIER                                                                             PETITIONER

v.                                                              CIVIL ACTION NO.  5:23-cv-83-DCB-LGI

HERBERT YOUNG                                                                              RESPONDENT

## FINAL JUDGMENT

Pursuant to the Order of Dismissal issued this date,

IT IS, HEREBY ORDERED AND ADJUDGED that this Petition [1] for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 is DISMISSED WITHOUT PREJUDICE.

THIS, the  1st  day of  December , 2023.

                                       s/David Bramlette
                                       UNITED STATES DISTRICT JUDGE